UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH SULLIVAN,<br><br>                    Plaintiff,<br><br>   v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>                    Defendant. | CASE NO. 2:19-cv-00198-BAT<br><br>**ORDER OF DISMISSAL** |

Based on the parties' Stipulated Motion for Order of Dismissal of All Claims (Dkt. 10), **IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant are dismissed with prejudice and without costs to any party.

DATED this 20th day of March, 2019.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER OF DISMISSAL - 1